# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **B.W., a minor, et al.**<br>  v.<br>**POWELL et al.** | Case No. 09-cv-0286 |
| **CONWAY et al.**<br>  v.<br>**CONAHAN et al.** | Case No. 09-cv-0291 |
| **H.T., through & with her next friend & mother, L.T., et al.**<br>  v.<br>**CIAVARELLA et al.** | Case No. 09-cv-0357 |
| **HUMANIK**<br>  v.<br>**CIAVARELLA et al.** | Case No. 09-cv-0630<br><br>**The Honorable A. Richard Caputo** |

## DEFENDANT LUZERNE COUNTY'S MOTION
## TO DISMISS ALL CLAIMS AGAINST IT

Pursuant to Fed.R.Civ.P. 12(b)(6), Defendant Luzerne County hereby moves to dismiss all claims against it. The reasons for this Motion are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

**WHEREFORE,** for the foregoing reasons, Defendant Luzerne County respectfully requests that this Court grant its Motion to Dismiss all claims.

OF COUNSEL:

ELLIOTT GREENLEAF
    & DEAN

JOHN G. DEAN
PA 76168

/s Timothy T. Myers
TIMOTHY T. MYERS
PA46959

PNC Bank Bldg, Suite 202  DEBORAH H. SIMON
201 Penn Ave.  PA 32459
Scranton, PA 18501  Union Meeting Corporate Center V
570-346-7569  925 Harvest Drive
jgd@elliottgreenleaf.com  Blue Bell, PA 19422
 215-977-1000
 ttm@elliottgreenleaf.com
 dhs@elliottgreenleaf.com

Dated: July 27, 2009