IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE WALLACE ET AL. | **CONSOLIDATED TO:** |
| Plaintiffs, | |
| | Civil Action No. 3:09-cv-0286 |
| v. | |
| ROBERT J. POWELL ET AL., | (JUDGE CAPUTO) |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CONWAY ET AL., | |
| Plaintiffs, | Civil Action No. 3:09-cv-0291 |
| v. | (JUDGE CAPUTO) |
| MICHAEL T. CONAHAN ET AL., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.T. ET AL., | |
| Plaintiffs, | Civil Action No. 3:09-cv-0357 |
| v. | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR. ET AL., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMANTHA HUMANIK,

    Plaintiffs,

v.

MARK A. CIAVARELLA, JR. ET AL.,

    Defendants.

Civil Action No. 3:09-cv-0630

(JUDGE CAPUTO)

## ORDER

AND NOW, this **3rd** day of September, 2009, it is hereby ORDERED that Plaintiffs' unopposed motion for leave to file a single brief in opposition to the motions to dismiss filed by Defendants Mark Ciavarella (Doc. No. 210) and Michael Conahan (Doc. No. 216) is GRANTED. Plaintiffs may file a single brief in opposition to the two motions, and the word count of that brief shall not exceed 17,500 words.

BY THE COURT:

/s/ A. Richard Caputo
A. Richard Caputo
United States District Court Judge