IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.T., et al., <br><br>     Plaintiffs, <br><br> v. <br><br> CIAVARELLA, et al., <br><br>     Defendants. | CIVIL ACTION <br><br> NO. 3:09-CV-357 <br><br> The Honorable A. Richard Caputo |
| CONWAY, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> CONAHAN, et al., <br><br>     Defendants. | CIVIL ACTION <br><br> NO. 3:09-CV-291 <br><br> The Honorable A. Richard Caputo |
| WALLACE, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> POWELL, et al., <br><br>     Defendants. | CIVIL ACTION <br><br> NO. 3:09-CV-0286 <br><br> The Honorable A. Richard Caputo |

FILED
SCRANTON

DEC 22 2011

PER _____
DEPUTY CLERK

| | |
|---|---|
| HUMANIK, | |
|         Plaintiff, | CIVIL ACTION |
| v. | NO. 3:09-CV-0630 |
| CIAVARELLA, et al., | The Honorable A. Richard Caputo |
|         Defendants. | |

## ORDER

AND NOW, this 22nd day of December, 2011, upon consideration of Plaintiffs' Motion to Exceed Page Limit For Plaintiffs' Brief in Support of the Motion for Preliminary Approval of the Master Settlement Agreement, it is hereby ORDERED that Plaintiffs may file a Brief in Support the Motion for Preliminary Approval not to exceed thirty (30) pages or 10,000 words.

BY THE COURT:

_____
A. Richard Caputo, J.

1