IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE WALLACE, ET AL., | **CONSOLIDATED TO:** |
| Plaintiffs, | CIVIL ACTION NO. 3:09-CV-0286 |
| v. | |
| ROBERT J. POWELL, ET AL., | (JUDGE CAPUTO) |
| Defendants. | |

************************************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CONWAY, ET AL., | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-CV-0291 |
| v. | (JUDGE CAPUTO) |
| JUDGE MICHAEL T. CONAHAN, ET AL., | |
| Defendants. | |

************************************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.T., ET AL., | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-CV-0357 |
| v. | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., ET AL., | |
| Defendants. | |

************************************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA HUMANIK, | CIVIL ACTION NO. 3:09-CV-0630 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., ET AL., | |
| Defendants. | |

### ORDER

NOW, this 25th day of January, 2012, **IT IS HEREBY ORDERED** that the Motion of Defendants Mid-Atlantic Youth Services, Corp., PA Child Care, LLC and Western PA Child Care for Leave to File a Reply to Plaintiffs' Reply to Defendants Mid-Atlantic Youth Services Corp, PA Child Care, LLC and Western PA Child Care, LLC's Response in Opposition to Motion for Preliminary Approval of Settlement (Doc. 1042) is **DENIED**.

A. Richard Caputo
United States District Judge