# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE WALLACE, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-cv-286 |
| v. | |
| ROBERT J. POWELL, et al., | (JUDGE CAPUTO) |
| Defendants. | |

***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA RIMMER BELANGER, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:10-cv-1405 |
| v. | |
| MARK A. CIAVARELLA, et al., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this  27th  day of February, 2012, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Final Judgment Against Defendants County of Luzerne and Gregory Skrepenak (Doc. 1016) is **DENIED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge