**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Amanda McDavitt (Doc. 492), | |
| Dana Shumway (Doc. 777), | |
| Travis Lakey (Doc. 781), | CIVIL ACTION NO. 3:09-CV-0286 |
| Amber Donnelly (Doc. 782), | |
| Calandra Hummell (Doc. 783), | |
| Ashley Sabanos (Doc. 784), | (JUDGE CAPUTO) |
| Tristan Brennan (Doc. 785), | |
| Catherine Hughes (Doc. 786), | |
| Frank Mason (Doc. 787), | |
| Joseph Cordick (Doc. 788), | |
| Vanessa Klein (Doc. 789), | |
| Kermit Oliver (Doc. 790), | |
| Katheryn Turner (Doc. 791), | |
| Sonya Ormsby (Doc. 792), | |
| George Walton (Doc. 793), | |
| Susan Edwards (Doc. 794), | |
| Gary Smith (Doc. 795), | |
| Lois Andrews (Doc. 796), | |
| Carl Andrews (Doc. 797), | |
| James Davis, Sr. (Doc. 798), | |
| John McDermott (Doc. 799), | |
| Kathleen Evans (Doc. 800), | |
| Katelyn Fialko (Doc. 801), | |
| Mary Osterwell (Doc. 803), | |
| Carl Craig (Doc. 805), | |
| Matthew Daley (Doc. 806), | |
| William Daley (Doc. 807), | |
| Kevin Naylor (Doc. 808), | |
| Devon Hughes (Doc. 809), | |
| Ajanee Wright (Doc. 810), | |
| Daniel Yale (Doc. 811), | |
| Dee Dee Jones (Doc. 812), | |
| Frank Coyle (Doc. 813), | |
| Sandy Coyle (Doc. 814), | |
| Amy Centurione (Doc. 815), | |
| Jonathan Condry (Doc. 817), | |
| Lance Warnagiris (Doc. 819), | |
| Brian Shaffer (Doc. 820), | |
| David Hartranft (Doc. 821), | |

Daniel David (Doc. 822),
James Cebula, Jr. (Doc. 823),
Jean Scott (Doc. 824),
Joyce Prebula (Doc. 825),

    Plaintiffs,

          v.

ROBERT J. POWELL, MICHAEL T. CONAHAN, MARK A. CIAVARELLA, PA CHILD CARE, LLC, WESTERN PA CHILD CARE LLC, ROBERT K. MERICLE, MERICLE CONSTRUCTION, INC., PINNACLE GROUP OF JUPITER, LLC, BEVERAGE MARKETING OF PA, INC., VISION HOLDINGS, LLC, MID ATLANTIC YOUTH SERVICES CORP, and PERSEUS HOUSE, INC. d/b/a ANDROMEDA HOUSE,

    Defendants.

## **ORDER**

**NOW**, this   21st    day of March, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion for Judgment on the Pleadings (Doc. 969) is **DENIED.**


                                           /s/ A. Richard Caputo
                                           A. Richard Caputo
                                           United States District Judge