**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FLORENCE WALLACE, et al.,

    Plaintiffs,

        v.

ROBERT J. POWELL, et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-286

(JUDGE CAPUTO)

************************************************************************************

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WILLIAM CONWAY, et al.,

    Plaintiffs,

        v.

MICHAEL T. CONAHAN, et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-0291

(JUDGE CAPUTO)

************************************************************************************

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

H.T., et al.,

    Plaintiffs,

        v.

MARK A. CIAVARELLA, JR., et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-0357

(JUDGE CAPUTO)

************************************************************************************

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SAMANTHA HUMANIK,

    Plaintiff,

        v.

MARK A. CIAVARELLA, JR., et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-0630

(JUDGE CAPUTO)

**********************************************************************************

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RAUL CLARK, et al.,

    Plaintiffs,

        v.

MICHAEL T. CONAHAN, et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-0357

(JUDGE CAPUTO)

**********************************************************************************

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WAYNE DAWN, et al.,

    Plaintiffs,

        v.

MARK A. CIAVARELLA, JR., et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-2535

(JUDGE CAPUTO)

**********************************************************************************

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANGELA RIMMER BELANGER, et al.,

      Plaintiffs,

           v.

MARK A. CIAVARELLA, et al.,

      Defendants.

CIVIL ACTION NO. 3:10-cv-1405

(JUDGE CAPUTO)

## MEMORANDUM ORDER

Plaintiff Samantha Humanik and Plaintiff Julia Jadush, Administratrix for the Estate of Dakota M. Jadush, seek relief from the Court's February 28, 2012 Order Conditionally Certifying Settlement Class and Preliminarily Approving Proposed Settlement. (Docs. 1149; 1151.) Plaintiffs Humanik and Jadush assert that they never received the Proof of Claim Form from class counsel because they did not live at the addresses with which the Proof of Claim Forms were sent. As such, Plaintiffs Humanik and Jadush never received notice of the proposed class action settlement. Now, Plaintiffs Humanik and Jadush seek relief from the Court's February 28, 2012 Order to submit Proof of Claim Forms after the May 13, 2012 Proof of Claim Deadline set by the Court. Pursuant to Rule 60 of the Federal Rules of Civil Procedure, Plaintiffs Humanik and Jadush's failure to submit Proof of Claim Forms is excusable. Therefore, Plaintiffs Humanik and Jadush's motions will be granted to allow them to submit Proof of Claim Forms on or before August 8, 2012.

## ORDER

**NOW** this _19th_ day of July, 2012, **IT IS HEREBY ORDERED** that the Rule 60 Motions for Relief from Order of Court (Docs. 1149; 1151) are **GRANTED**.  Plaintiffs Humanik and

3

Jadush are granted leave from the Court's February 28, 2012 Order solely to file Proof of Claim Forms after the Proof of Claim Deadline.  Plaintiffs Humanik and Jadush may file Proof of Claim Forms on or before August 8, 2012.

A. Richard Caputo
United States District Judge