IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.T., et al., <br><br>   Plaintiffs, <br><br> v. <br><br> CIAVARELLA, et al., <br><br>   Defendants. | CIVIL ACTION <br><br> NO. 3:09-CV-357 <br><br> The Honorable A. Richard Caputo |
| CONWAY, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> CONAHAN, et al., <br><br>   Defendants. | CIVIL ACTION <br><br> NO. 3:09-CV-291 <br><br> The Honorable A. Richard Caputo |
| WALLACE, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> POWELL, et al., <br><br>   Defendants. | CIVIL ACTION <br><br> NO. 3:09-CV-0286 <br><br> The Honorable A. Richard Caputo |

| | | |
|---|---|---|
| HUMANIK, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 3:09-CV-0630 |
| CIAVARELLA, et al., | : | The Honorable A. Richard Caputo |
| Defendants. | : | |

**ORDER AMENDING FEBRUARY 28, 2012 ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AND CLARIFYING JULY 16, 2012 ORDER DENYING PLAINTIFFS' MOTION FOR REPRODUCTION OF JUVENILE PROBATION FILES BY CLASS COUNSEL'S VENDOR**

AND NOW, this 17th day of August, 2012, upon consideration of the Mericle Defendants' Motion for an Extension of the Opt-Out Termination Deadline (Doc. No. 1168) and the requests of counsel for Plaintiffs in *H.T., et al. v. Ciavarella, et al.*, No. 3:09-cv-357 (M.D. Pa.), *Conway, et al. v. Conahan, et al.*, No. 3:09-cv-291 (M.D. Pa.), *Wallace, et al. v. Powell, et al.*, No. 3:09-cv-286 (M.D. Pa.), made during the Court's August 6, 2012 telephone conference with counsel for the Mericle Defendants and counsel for Plaintiffs in the above-referenced actions, it is hereby ORDERED as follows:

1. Paragraph 14 of the February 28, 2012 Order Conditionally Certifying Settlement Class and Preliminarily Approving Proposed Settlement (Doc. No. 1084, "Preliminary Approval Order") is hereby amended as follows: Pursuant to Rule 23(e)(2) of the Federal Rules of Civil Procedure, a hearing on final settlement ("Settlement Hearing") will be held before this Court on Thursday, November 15, 2012 at 10:00 a.m. EST. At the Settlement Hearing, the Court will consider the following issues: (a) the fairness, reasonableness and adequacy of the MSA; (b) whether the Settlement Classes should remain certified for settlement purposes; (c) whether the

Court should approve awards of costs and attorneys' fees as described in fee applications submitted by Class Counsel; (d) whether entry of a Final Approval Order terminating the Actions should be entered; and (f) such other matters as the Court may deem necessary or appropriate.

2. Section VII.A of the Master Settlement Agreement, as preliminarily approved by the Preliminary Approval Order, is hereby amended to provide that the Opt-Out Termination Period is extended until Friday, October 5, 2012.

3. The Court's July 16, 2012 Memorandum Order denying Plaintiffs' Motion for the Reproduction of Juvenile Probation Files by Class Counsel's Vendor (Doc. No. 1159) is clarified to permit reproduction on-site (that is, at the Luzerne County Juvenile Probation Department), by a third-party vendor retained by Plaintiffs' counsel, of hard-copy and microfilm juvenile probation files of those potential Juvenile Settlement Class Members who have signed releases, provided that the vendor works under the supervision of Luzerne County Juvenile Probation Department employees.

IT IS SO ORDERED.

_____
Caputo, J.