**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FLORENCE WALLACE, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-cv-286 |
| v. | |
| ROBERT J. POWELL, et al., | (JUDGE CAPUTO) |
| Defendants. | |

*************************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM CONWAY, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-cv-0291 |
| v. | |
| MICHAEL T. CONAHAN, et al., | (JUDGE CAPUTO) |
| Defendants. | |

*************************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| H.T., et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:09-cv-0357 |
| v. | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., et al., | |
| Defendants. | |

*************************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAMANTHA HUMANIK, | |
|     Plaintiff, | CIVIL ACTION NO. 3:09-cv-0630 |
|     v. | |
| MARK A. CIAVARELLA, JR., et al., | (JUDGE CAPUTO) |
|     Defendants. | |

*******************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAUL CLARK, et al., | |
|     Plaintiffs, | CIVIL ACTION NO. 3:09-cv-0357 |
|     v. | |
| MICHAEL T. CONAHAN, et al., | (JUDGE CAPUTO) |
|     Defendants. | |

*******************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WAYNE DAWN, et al., | |
|     Plaintiffs, | CIVIL ACTION NO. 3:09-cv-2535 |
|     v. | |
| MARK A. CIAVARELLA, JR., et al., | (JUDGE CAPUTO) |
|     Defendants. | |

*******************************************************************************

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA RIMMER BELANGER, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:10-cv-1405 |
| v. | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 31st day of October, 2012, **IT IS HEREBY ORDERED** that discovery of records related to Juvenile Plaintiffs' criminal adjudications is not permitted. **IT IS FURTHER ORDERED** that discovery of Juveniles' Histories is not permitted at this time.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge