# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.W., et al. | : | CA 3:09-cv-286 |
| | : | |
| v. | : | |
| | : | |
| Powell, et al | : | |

| | | |
|---|---|---|
| Conway, et al. | : | CA 3:09-cv-291 |
| | : | |
| v. | : | |
| | : | |
| Conahan, et al. | : | |

| | | |
|---|---|---|
| H.T., et al. | : | |
| | : | |
| v. | : | CA 3:09-cv-357 |
| | : | |
| Ciavarella, et al. | : | |

| | | |
|---|---|---|
| Humanik | : | |
| | : | CA 3:09-cv-630 |
| v. | : | |
| | : | |
| Ciavarella, et al. | : | |

## ORDER

AND NOW, this _6th_ day of _November_, 2012, upon consideration of the foregoing motion, it is hereby ordered that Defendants Mid Atlantic Youth Services, Inc., PA Child Care, LLC and Western PA Childe Care, LLC are granted leave to exceed the page and word limits established by

local rule for their brief in opposition to Plaintiffs' motion for final approval of

class settlement and class certification.  Provider Defendants' brief in

opposition shall not exceed 56 pages or 15,000 words.

By the Court: _____

A. Richard Caputo
United States District Judge