**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FLORENCE WALLACE, et al.,

　　Plaintiffs,

　　　v.

ROBERT J. POWELL, et al.,

　　Defendants.

FILED
SCRANTON

MAR 1 8 2013

PER _____
　　　DEPUTY CLERK

CIVIL ACTION NO. 3:09-cv-286

(JUDGE CAPUTO)

********************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WILLIAM CONWAY, et al.,

　　Plaintiffs,

　　　v.

MICHAEL T. CONAHAN, et al.,

　　Defendants.

CIVIL ACTION NO. 3:09-cv-0291

(JUDGE CAPUTO)

********************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

H.T., et al.,

　　Plaintiffs,

　　　v.

MARK A. CIAVARELLA, JR., et al.,

　　Defendants.

CIVIL ACTION NO. 3:09-cv-0357

(JUDGE CAPUTO)

********************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SAMANTHA HUMANIK,

    Plaintiff,

        v.

MARK A. CIAVARELLA, JR., et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-0630

(JUDGE CAPUTO)

********************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RAUL CLARK, et al.,

    Plaintiffs,

        v.

MICHAEL T. CONAHAN, et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-0357

(JUDGE CAPUTO)

********************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

WAYNE DAWN, et al.,

    Plaintiffs,

        v.

MARK A. CIAVARELLA, JR., et al.,

    Defendants.

CIVIL ACTION NO. 3:09-cv-2535

(JUDGE CAPUTO)

********************************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANGELA RIMMER BELANGER, et al.,

Plaintiffs,

v.

MARK A. CIAVARELLA, et al.,

Defendants.

CIVIL ACTION NO. 3:10-cv-1405

(JUDGE CAPUTO)

## ORDER

NOW, this 18th day of March, 2013, **IT IS HEREBY ORDERED** that the Petition for

Rule 60 Relief to Confirm Timely Filing of Proof of Claim on Behalf of Represented Plaintiff

and Class Member Dennis Fisher (Doc. 1325) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge