## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE WALLACE, ET AL.<br>Plaintiffs, | : <br> : <br> : | **CONSOLIDATED TO:**<br>**CIVIL ACTION NO. 3:09-cv-0286** |
| v. | : <br> : | (JUDGE CAPUTO) |
| ROBERT J. POWELL, ET AL.<br>Defendants. | : <br> : | |

.................................................................................................

| | | |
|---|---|---|
| WILLIAM CONWAY, ET AL.<br>Plaintiffs, | : <br> : | CIVIL ACTION NO. 3:09-cv-0291 |
| v. | : <br> : | (JUDGE CAPUTO) |
| MICHAEL T. CONAHAN, ET AL.<br>Defendants. | : <br> : | |

.................................................................................................

| | | |
|---|---|---|
| H.T., ET AL.<br>Plaintiffs, | : <br> : | CIVIL ACTION NO. 3:09-cv-0357 |
| v. | : <br> : | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, ET AL.<br>Defendants. | : <br> : | |

.................................................................................................

| | | |
|---|---|---|
| SAMANTHA HUMANIK,<br>Plaintiffs, | : <br> : | CIVIL ACTION NO. 3:09-cv-0630 |
| v. | : <br> : | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR.,<br>ET AL.<br>Defendants. | : <br> : <br> : | |

.................................................................................................

## ORDER

AND NOW this _29th_ day of _October_, 2013, upon consideration of the

Plaintiffs' Motion for Leave to Exceed Page Limit for Plaintiffs' Brief in Support

of the Joint Motion for Preliminary Approval of Class Action Settlement Between

Plaintiffs and Provider Parties, it is hereby **ORDERED** that Plaintiffs may file a

Brief in Support of the Joint Motion for Preliminary Approval not to exceed forty

(40) pages or 12,000 words.



_____
A. Richard Caputo, J.