# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE WALLACE, ET AL. | : | **CONSOLIDATED TO:** |
| Plaintiffs, | : | **CIVIL ACTION NO. 3:09-cv-0286** |
| v. | : | |
| ROBERT J. POWELL, ET AL. | : | (JUDGE CAPUTO) |
| Defendants. | : | |

..................................................................................................

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CONWAY, ET AL. | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0291 |
| v. | : | |
| MICHAEL T. CONAHAN, ET AL. | : | (JUDGE CAPUTO) |
| Defendants. | : | |

..................................................................................................

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.T., ET AL. | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0357 |
| v. | : | |
| MARK A. CIAVARELLA, ET AL. | : | (JUDGE CAPUTO) |
| Defendants. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA HUMANIK, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0630 |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., ET AL. | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 28th day of April, 2014, upon consideration of Plaintiffs' Motion Exceed Page Limit for Plaintiffs' Brief in Support of the Motion for Final Approval of the Master Settlement Agreement, it is hereby ORDERED that Plaintiffs may file a Brief in Support of the Motion for Final Approval not to exceed sixty (60) pages or 15,000 words.

BY THE COURT:

/s/ A. Richard Caputo
A. Richard Caputo, J.