# KRAMER LEVIN NAFTALIS & FRANKEL LLP

STEPHEN M. SINAIKO
PARTNER
PHONE 212-715-9258
FAX 212-715-8000
SSINAIKO@KRAMERLEVIN.COM

February 27, 2015

By ECF Posting

The Honorable A. Richard Caputo
United States District Judge
Max Rosenn United States Courthouse
197 South Main Street
Wilkes-Barre, Pennsylvania 18701

Re: *Florence Wallace, et al. v. Robert J. Powell, et al.*,
Case No. 09-cv-0286 (M.D. Pa.)

Dear Judge Caputo:

We represent Vision Holdings, LLC and Robert J. Powell (the "Powell Defendants"), and write on behalf of Powell Defendants and Plaintiffs in connection with the parties' agreement in principle to settle this and related actions. The parties have made substantial progress in documenting their proposed settlement. While a number of issues remain outstanding, the parties believe those issues will be resolved shortly. As a result, the parties will be unable to file their motion for preliminary approval of the proposed settlement today, but expect to do so on or before March 6, 2015.

The parties are available at Your Honor's convenience, should the Court wish to discuss this matter. Thank you for your consideration.

Respectfully submitted,

Stephen M. Sinaiko

cc: All Counsel (by ECF Posting)

**SO ORDERED:**

/s/ A. Richard Caputo  3/2/15
A. Richard Caputo
United States District Judge

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000
990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800
47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01
WWW.KRAMERLEVIN.COM