IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE WALLACE, ET AL.<br>    Plaintiffs, | : | **CONSOLIDATED TO:**<br>**CIVIL ACTION NO. 3:09-cv-0286** |
| v. | : | |
| ROBERT J. POWELL, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

...........................................................................................

| | | |
|---|---|---|
| WILLIAM CONWAY, ET AL.<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0291 |
| v. | : | |
| MICHAEL T. CONAHAN, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

...........................................................................................

| | | |
|---|---|---|
| H.T., ET AL.<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0357 |
| v. | : | |
| MARK A. CIAVARELLA, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

...........................................................................................

| | | |
|---|---|---|
| SAMANTHA HUMANIK,<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0630 |
| v. | : | |
| MARK A. CIAVARELLA, JR.,<br>ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

...........................................................................................

## **ORDER**

AND NOW this ____ day of _____, 2015, upon consideration of the Plaintiffs' Motion for Leave to Exceed Page Limit for Plaintiffs' Brief in Support of the Joint Motion for Preliminary Approval of Class Action Settlement Between Plaintiffs and Powell Defendants, it is hereby **ORDERED** that Plaintiffs may file a Brief in Support of the Motion for Preliminary Approval not to exceed fifty (50) pages or 12,000 words.

_____
A. Richard Caputo, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE WALLACE, ET AL.<br>    Plaintiffs, | : | **CONSOLIDATED TO:**<br>**CIVIL ACTION NO. 3:09-cv-0286** |
| v. | : | |
| ROBERT J. POWELL, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..........................................................................................

| | | |
|---|---|---|
| WILLIAM CONWAY, ET AL.<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0291 |
| v. | : | |
| MICHAEL T. CONAHAN, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..........................................................................................

| | | |
|---|---|---|
| H.T., ET AL.<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0357 |
| v. | : | |
| MARK A. CIAVARELLA, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..........................................................................................

| | | |
|---|---|---|
| SAMANTHA HUMANIK,<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0630 |
| v. | : | |
| MARK A. CIAVARELLA, JR.,<br>ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..........................................................................................

**PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 7.8(b)(3) FOR LEAVE TO EXCEED PAGE LIMIT FOR THE BRIEF IN SUPPORT OF THE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BETWEEN PLAINTIFFS AND POWELL DEFENDANTS**

The undersigned Plaintiffs file this motion seeking leave to file a Brief in Support of the Motion For Approval of Class Action Settlement Between Plaintiffs and Powell Defendants ("Brief in Support") in excess of the page limits permitted by Local Rule 7.8(b). In support thereof, the parties state as follows:

1. On March 6, 2015, Plaintiffs in the above-captioned actions, will file a Motion for Preliminary Approval of Class Action Settlement Between Plaintiffs and Powell Defendants ("Motion for Approval").

2. Plaintiffs' Brief in Support of that Motion is due March 20, 2015.

3. Because of the extensive factual and legal analysis required to support the Motion for Approval, the parties cannot fully and adequately articulate their arguments in fifteen (15) pages or 5,000 words, the length allowed for briefs pursuant to Local Rule 7.8 of the United States District Court for the Middle District of Pennsylvania.

4. Plaintiffs will require no more than fifty (50) pages or 12,000 words for their Brief in Support.

5. Allowing a reasonable page and word exception to Rule 7.8 will result in substantial judicial economy, allowing the parties and the Court to more fully analyze the legal issues involved.

6. The Powell Defendants concur with this Motion.

7. Accordingly, Plaintiffs respectfully seek the Court's authorization to file a Brief in Support of the Motion for Preliminary Approval not to exceed fifty (50) pages or 12,000 words.

Respectfully submitted,

Dated: March 6, 2015

By:  s/ Daniel Segal

Marsha L. Levick Lourdes M. Rosado Emily C. Keller
JUVENILE LAW CENTER
1315 Walnut Street, Suite 400
Philadelphia, PA 19107
(215)625-0551

Daniel Segal
Rebecca L. Santoro
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215)568-6200

*Attorneys for Plaintiffs Case No. 09-cv-0357*

By:  s/DavidS. Senoff

David S. Senoff
Lauren C. Fantini

CAROSELLIBEACHLER
MCTIERNAN & CONBOY
1500 Walnut Street, Suite 507
Philadelphia, Pa 19102
(215)609-1350

William R. Caroselli
CAROSELLI BEACHLER
MCTIERNAN & CONBOY
20 Stanwix Street, 7th Floor
Pittsburgh, Pa 19522 (412)391-9860

Michael J. Cefalo
James J. Albert
CEFALO & ASSOCIATES
309 Wyoming Avenue West
Pittston, PA 18643
(570)655-5555

*Attorneys for Plaintiffs Case No. 09-cv-0286*

By:   s/ Sol Weiss

Sol Weiss

Adrianne Walvoord Webb

ANAPOL SCHWARTZ
1710 Spruce Street Philadelphia,
Pa 19103 (215)735-1130

Barry H. Dyller
DYLLER LAW FIRM

Gettysburg House 88 North Franklin Street Wilkes-Barre, PA 18701 (570) 829-4860

Johanna L. Gelb

GELB LAW FIRM
538 Spruce Street, Suite 600
Scranton, PA 18503 (570)343-6383

*Attorneys for Plaintiffs Case No. 09-cv-0291*

By:   s/ Daniel E. Kleiner

Daniel E. Kleiner

METZGER & KLEINER

Two Penn Center, Suite 1204
15th Street & JFK Boulevard
Philadelphia, PA 19102
(215)567-6616

Richard G. Freeman

924 Cherry Street, 4th Floor
Philadelphia, PA 19107
(215)574-8818

*Attorneys for Plaintiff Case No. 09-0630*

## **CERTIFICATE OF CONCURRENCE OR NONCONCURRENCE**

I, David S. Senoff, Esquire, hereby certify pursuant to Local Rule 7.1, that counsel for all represented parties was contacted for purpose of seeking concurrence in the foregoing Motion on March 5, 2015. Counsel for the Powell Defendants concur in the motion.

/s/ David S. Senoff
David S Senoff, Esquire

## **CERTIFICATE OF SERVICE**

I, David S. Senoff, Esquire, hereby certify that, a true and correct copy of the foregoing Motion For Leave to Exceed Page Limit for Motion For Preliminary Approval of Class Action Settlement Between Plaintiffs and Powell Defendants was filed electronically on March 6, 2015 and is available for viewing electronically. Additionally, the foregoing Motion was served via First Class Mail upon the following *pro se* parties:

Mark Ciavarella 15008-067
Federal Correctional Institution
PO Box 5000
Perkin, IL 61555-5000

Michael Conahan
Inmate #15009-067
FCI Coleman Low
PO Box 1031
Coleman, FL 33521

/s/ David S. Senoff
David S. Senoff, Esquire

Dated: March 6, 2015