# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE WALLACE, ET AL.<br>    Plaintiffs, | : | **CONSOLIDATED TO:**<br>**CIVIL ACTION NO. 3:09-cv-0286** |
| v. | : | |
| ROBERT J. POWELL, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..................................................................................................

| | | |
|---|---|---|
| WILLIAM CONWAY, ET AL.<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0291 |
| v. | : | |
| MICHAEL T. CONAHAN, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..................................................................................................

| | | |
|---|---|---|
| H.T., ET AL.<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0357 |
| v. | : | |
| MARK A. CIAVARELLA, ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..................................................................................................

| | | |
|---|---|---|
| SAMANTHA HUMANIK,<br>    Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0630 |
| v. | : | |
| MARK A. CIAVARELLA, JR.,<br>ET AL.<br>    Defendants. | : | (JUDGE CAPUTO) |

..................................................................................................

## **ORDER**

AND NOW this 6th day of March, 2015, upon consideration of the Plaintiffs' Motion for Leave to Exceed Page Limit for Plaintiffs' Brief in Support of the Joint Motion for Preliminary Approval of Class Action Settlement Between Plaintiffs and Powell Defendants, it is hereby **ORDERED** that Plaintiffs may file a Brief in Support of the Motion for Preliminary Approval not to exceed fifty (50) pages or 12,000 words.

/s/ A. Richard Caputo
A. Richard Caputo, J.