**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FLORENCE WALLACE, ET AL. | : | **CONSOLIDATED TO:** |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION NO. 3:09-cv-0286** |
| | : | |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| ROBERT J. POWELL, ET AL. | : | |
| | : | |
| Defendants. | : | |

...........................................................................................

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM CONWAY, ET AL. | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0291 |
| | : | |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| MICHAEL T. CONAHAN, ET AL. | : | |
| | : | |
| Defendants. | : | |

...........................................................................................

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| H.T., ET AL. | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0357 |
| | : | |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, ET AL. | : | |
| | : | |
| Defendants. | : | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA HUMANIK, | : | |
| | : | |
|     Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0630 |
| | : | |
|     v. | : | |
| | : | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., | : | |
| ET AL. | : | |
| | : | |
|     Defendants. | : | |

...................................................................................

### PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 7.8(b)(3) TO EXCEED PAGE LIMIT FOR PLAINTIFFS' BRIEF IN SUPPORT OF THE MOTION FOR FINAL APPROVAL <u>OF THE MASTER STIPULATION AND AGREEMENT OF SETTLEMENT</u>

The undersigned Plaintiffs file this motion seeking leave to file a Brief in Support of the Motion for Final Approval ("Brief in Support") in excess of the page limits permitted by Local Rule 7.8(b).  In support thereof, Plaintiffs state as follows:

1.    On August 10, 2015, this Honorable Court entering an order granting Preliminary Approval of the settlement with Defendants Robert J. Powell, Powell Law Group, P.C., Vision Holdings, LLC (hereinafter "Powell Defendants") (Docket No. 1699).

2.    The  August 10, 2015 Order scheduled the hearing on the Motion

for Final Approval for December 16, 2015, with briefs in support of the Motion to be filed 21 days prior to the hearing date.

3.      Based on the instruction set forth in the August 10, 2015 Order, requiring that briefs in support of Motions for Final Approval  be filed 21 days before the hearing date, all briefs in support of Motions for Final Approval are due on November 25, 2015.

4.      Because of the extensive factual and legal analysis required to support the Motion for Final Approval, Plaintiffs cannot fully and adequately articulate their arguments in fifteen (15) pages or 5,000 words, the length allowed for briefs pursuant to Local Rule 7.8 of the United States District Court for the Middle District of Pennsylvania.

5.      Plaintiffs will require no more than sixty (60) pages or 15,000 words for their Brief in Support.

6.      Allowing a reasonable page and word exception to Rule 7.8 will result in substantial judicial economy, allowing the parties and the Court to more fully analyze the legal and factual issues involved.

7.      Accordingly, Plaintiffs respectfully seek the Court's authorization to file a Brief in Support of the Motion for Final Approval not to exceed sixty (60) pages or 15,000 words.

Respectfully submitted,

Dated:  October 13, 2015

By:   /s/ David Senoff

David S. Senoff
Lauren C. Fantini
CAROSELLI BEACHLER
MCTIERNAN & COLEMAN
1845 Walnut Street,
Fifteenth Floor
Philadelphia, Pa 19103
(215) 609-1350

William R. Caroselli
CAROSELLI BEACHLER
MCTIERNAN & COLEMAN
20 Stanwix Street, 7th Floor
Pittsburgh, Pa 19522
(412) 391-9860

Michael J. Cefalo
James J. Albert
CEFALO & ASSOCIATES
309 Wyoming Avenue
West Pittston, PA 18643
(570) 655-5555

*Attorneys for Plaintiffs*
*Case No. 09-cv-0286*

By:   /s/ Sol Weiss

Sol Weiss
Joseph Fantini
ANAPOL WEISS
One Logan Square
130 N. 18th Street
Suite 1600

Philadelphia, Pa 19103
(215) 735-1130

Barry H. Dyller
DYLLER LAW FIRM
Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701
(570) 829-4860

Johanna L. Gelb
GELB LAW FIRM
538 Spruce Street, Suite 600
Scranton, PA 18503
(570) 343-6383

*Attorneys for Plaintiffs*
*Case No. 09-cv-0291*


By:   /s/ Marsha Levick

Marsha L. Levick
Emily C. Keller
JUVENILE LAW CENTER
1315 Walnut Street, Suite 400
Philadelphia, PA 19107
(215) 625-0551

Daniel Segal
Rebecca L. Santoro
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

*Attorneys for Plaintiffs*
*Case No. 09-cv-0357*

By:   /s/ Daniel Kleiner

Daniel E. Kleiner
METZGER & KLEINER
Two Penn Center, Suite 1204
15th Street & JFK Boulevard
Philadelphia, PA 19102
(215) 567-6616

Richard G. Freeman
924 Cherry Street, 4th Floor
Philadelphia, PA 19107
(215) 574-8818

*Attorneys for Plaintiff*
*Case No. 09-0630*

## <u>CERTIFICATE OF CONCURRENCE OR NON-CONCURRENCE</u>

I, David S. Senoff, hereby certify, pursuant to Local Rule 7.1, the counsel for all represented parties was contacted for purposed of seeking concurrence in the foregoing motion.

Counsel for the Powell Defendants did not responded to Plaintiffs' request for concurrence in the instant Motion.

s/ David S. Senoff
David S. Senoff

## CERTIFICATION OF SERVICE

I, David S. Senoff, hereby certify that, on October 13, 2015, the foregoing

Plaintiffs' Motion to Exceed Page Limitations for Brief in Support of Motion for

Final Approval was filed and made available via CM/ECF to all counsel of record.

Additionally, the foregoing was served by first-class mail upon the parties

proceeding *pro se*:

Mark A. Ciavarella, 15008-067
Federal Correction Institution
P.O. Box 5000
Pekin, IL 61555-5000

Michael T. Conahan, 15009-067
Federal Correction Institution Coleman Low
P.O. Box 1031
Coleman, FL 33521

s/ David S. Senoff
David S. Senoff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE WALLACE, ET AL. | : | **CONSOLIDATED TO:** |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION NO. 3:09-cv-0286** |
| | : | |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| ROBERT J. POWELL, ET AL. | : | |
| | : | |
| Defendants. | : | |

..................................................................................................

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CONWAY, ET AL. | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0291 |
| | : | |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| MICHAEL T. CONAHAN, ET AL. | : | |
| | : | |
| Defendants. | : | |

..................................................................................................

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.T., ET AL. | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0357 |
| | : | |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, ET AL. | : | |
| | : | |
| Defendants. | : | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA HUMANIK, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:09-cv-0630 |
| | : | |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., ET AL. | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, this     day of                 , 2015, upon consideration of

Plaintiffs' Motion Exceed Page Limit for Plaintiffs' Brief in Support of the Motion

for Final Approval of the Master Stipulation and Agreement of Settlement, it is

hereby ORDERED that Plaintiffs may file a Brief in Support of the Motion for

Final Approval not to exceed sixty (60) pages or 15,000 words.

BY THE COURT:

_____

A. Richard Caputo, J.