# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALLACE, *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 3:09-cv-0286 |
| | : | |
| v. | : | |
| | : | |
| POWELL, *et al.*, | : | The Honorable A. Richard Caputo |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CONWAY, *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO. 09-cv-0291 |
| v. | : | |
| | : | |
| CONAHAN, *et al.*, | : | The Honorable A. Richard Caputo |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| H.T., *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO. 09-cv-0357 |
| v. | : | |
| | : | |
| CIAVARELLA, *et al.*, | : | The Honorable A. Richard Caputo |
| | : | |
| Defendants. | : | |

HUMANIK,                              :
                                      :     CIVIL ACTION
                    Plaintiff,        :
                                      :     No. 3:09-cv-0286
            v.                        :
                                      :
CIAVARELLA, *et al.*,                 :     The Honorable A. Richard Caputo
                                      :
                    Defendants.       :

## ORDER

AND NOW, this _17th_ day of December, 2015, following a hearing on

December 16, 2015, as scheduled by Order dated July 24, 2015 (Doc. 1698), for

the purpose of addressing any federal or state officials' objections to the Provider

Defendants' MSA following receipt of notice of the Provider Defendants' MSA

pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), having

heard from Provider Defendants' counsel regarding the CAFA Notices provided to

the relevant federal and state officials and noting that no federal or state official

has filed an objection to the Provider Defendants' MSA, the Court hereby finds

that the Provider Defendants (Mid-Atlantic Youth Services Corp., PA Child Care

LLC and Western PA Child Care LLC) have satisfied their obligations under

CAFA, 28 U.S.C. § 1715, and the Court hereby confirms and reaffirms its

memorandum (Doc. 1538) and Order (Doc. 1539) granting final approval of the

SL1 1395867v1 107911.00001

Provider Defendants' settlement and dismissal of all claims against the Provider

Defendants.

BY THE COURT:

_____
HONORABLE A. RICHARD CAPUTO
United States District Judge
Middle District of Pennsylvania

SL1 1395867v1 107911.00001