**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FLORENCE WALLACE, et al., | |
|     Plaintiffs, | NO. 3:09-cv-286 |
|         v. | |
| ROBERT J. POWELL, et al., | (JUDGE CAPUTO) |
|     Defendants. | |

*******************************************************************

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM CONWAY, et al., | |
|     Plaintiffs, | NO. 3:09-cv-0291 |
|         v. | |
| MICHAEL T. CONAHAN, et al., | (JUDGE CAPUTO) |
|     Defendants. | |

*******************************************************************

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| H.T., et al., | |
|     Plaintiffs, | NO. 3:09-cv-0357 |
|         v. | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., et al., | |
|     Defendants. | |

*******************************************************************

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA HUMANIK, <br><br> Plaintiff, <br><br> v. <br><br> MARK A. CIAVARELLA, JR., et al., <br><br> Defendants. | CIVIL ACTION NO. 3:09-cv-0630 <br><br> (JUDGE CAPUTO) |

**************************************************************************

## ORDER

**NOW**, this 7th day of December, 2017, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Interpret Powell Defendants' Master Stipulation and Agreement of Settlement (Doc. 1752) is **GRANTED** in part and the Net Worth Professional's evaluation of Robert Powell's net worth shall be completed and disclosed to Plaintiffs and Powell Defendants **on or before February 6, 2018**. **IT IS FURTHER ORDERED** that both Plaintiffs and Powell Defendants shall provide a copy of this Order to the Net Worth Professional.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge