IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLORENCE WALLACE**, *et al.*, | : | CIVIL ACTION NO. 3:09-CV-286 |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT J. POWELL**, *et al.*, | : | |
| | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 16th day of August, 2022, after a bench trial in this matter to assess damages against defendants Mark A. Ciavarella and Michael T. Conahan, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Judgment is ENTERED in favor of the plaintiffs listed in the court's Damages Appendix against Ciavarella and Conahan in the amount of $106,296,945.53 in compensatory damages.

2. Punitive damages are assessed against Conahan and Ciavarella in the amount of $100,000,000.00.

3. Any motion for attorney's fees must be made within fourteen (14) days of the date of this order pursuant to Federal Rule of Civil Procedure 54(d).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania