AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| Wallace et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:09-CV-286 |
| Powell et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Judgment is ENTERED in favor of the plaintiffs listed in the court's Damages Appendix against Ciavarella and Conahan in the amount of $106,296,945.53 in compensatory damages. Punitive damages are assessed against Conahan and Ciavarella in the amount of $100,000,000.00.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Christopher C. Conner

Memo and Order filed August 16, 2022 (Doc 1862 and 1863)

Date: August 16, 2022

*CLERK OF COURT*

*/s/ M. Walker, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*