# ANAPOLWEISS

**Sol H. Weiss, Esquire**
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA  19103
sweiss@anapolweiss.com
(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

November 14, 2023

**VIA PACER**
The Honorable Christopher C. Conner
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

  Re: **3:09-cv-00286-CCC, Wallace v. Powell**

Dear Judge Conner:

  Plaintiffs' Counsel respectfully requests a telephonic conference with Your Honor.

              Respectfully,



              Sol H. Weiss

SHW:gw

Via (USPS): Mark A. Ciavarella
       Michael T. Conahan